**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Andrei Armas, Esq. (SBN: 299703)
andrei@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[ADDITIONAL PLAINTIFF'S COUNSEL ON SIGNATURE LINE]

*Attorneys for Plaintiff,*
Edward Makaron

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EDWARD MAKARON; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WORLD WIDE VACATIONS, LLC; RCI, LLC; and, INTERVAL INTERNATIONAL, INC.,** | **Case No.:** 2:16-CV-02168-ODW<br><br>**CLASS ACTION**<br><br>**NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT RCI, LLC PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

*(sidebar, vertical text)* Kazerouni Law Group, APC
Costa Mesa, CA 92626

**NOTICE IS HEREBY GIVEN,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that plaintiff Edward Makaron ("Plaintiff"), by and through his counsel, voluntarily dismisses the above-captioned action against defendant RCI, LLC WITHOUT PREJUDICE as to Plaintiff's individual claims and WITHOUT PREJUDICE as to the putative class members' claims. *See Pedrina v. Han Kuk Chun*, 987 F.2d 608, 609 (9th Cir. Haw. 1993) (finding that Rule 41(a)(1) allows a plaintiff to dismiss without a court order one of several defendants, if the defendant has yet to serve an answer or a motion for summary judgment).

Respectfully submitted,

Dated: May 20, 2015                KAZEROUNI LAW GROUP, APC

                                   BY: /S/ ABBAS KAZEROUNIAN
                                       ABBAS KAZEROUNIAN, ESQ.
                                       ATTORNEYS FOR PLAINTIFF

[ADDITIONAL PLAINTIFF'S COUNSEL]

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
324 South Beverly Drive, Suite 725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

# **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Suite D1, Costa Mesa, California 92626. On May 20, 2016, I served the within document(s):

**NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT RCI, LLC PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on May 20, 2013, at Costa Mesa, California.

\_\_\_\_/s/ Abbas Kazerounian\_\_\_\_
ABBAS KAZEROUNIAN

Kazerouni Law Group, APC
Costa Mesa, CA 92626