**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Andrei Armas, Esq. (SBN: 299703)
andrei@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[ADDITIONAL PLAINTIFF'S COUNSEL ON SIGNATURE LINE]

*Attorneys for Plaintiff,*
Edward Makaron

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD MAKARON; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiff,**<br><br>v.<br><br>**WORLD WIDE VACATIONS, LLC; RCI, LLC; and, INTERVAL INTERNATIONAL, INC.,** | **Case No.:** 2:16-CV-02168-ODW<br><br><u>**CLASS ACTION**</u><br><br>**NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT INTERVAL INTERNATIONAL, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1
2     **NOTICE IS HEREBY GIVEN,** pursuant to Federal Rule of Civil
3  Procedure 41(a)(1)(A)(i), that plaintiff Edward Makaron ("Plaintiff"), by and
4  through his counsel, voluntarily dismisses the above-captioned action against
5  defendant Interval International, Inc. WITHOUT PREJUDICE as to Plaintiff's
6  individual claims and WITHOUT PREJUDICE as to the putative class members'
7  claims. *See Pedrina v. Han Kuk Chun*, 987 F.2d 608, 609 (9th Cir. Haw. 1993)
8  (finding that Rule 41(a)(1) allows a plaintiff to dismiss without a court order one of
9  several defendants, if the defendant has yet to serve an answer or a motion for
10 summary judgment).
11
12
13  Dated: May 24, 2016
14
15
16
17  [**ADDITIONAL PLAINTIFF'S COUNSEL**]
18
19  **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
    Todd M. Friedman (SBN 216752)
20  tfriedman@toddflaw.com
    324 South Beverly Drive, Suite 725
21  Beverly Hills, CA 90212
22  Telephone: (877) 206-4741
    Facsimile: (866) 633-0228
23
24  **HYDE & SWIGART**
    Joshua B. Swigart, Esq. (SBN: 225557)
25  josh@westcoastlitigation.com
26  2221 Camino Del Rio South, Suite 101
    San Diego, CA 92108
27  Telephone: (619) 233-7770
28  Facsimile: (619) 297-1022

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

BY: /s/ **ABBAS KAZEROUNIAN**
    **ABBAS KAZEROUNIAN, ESQ.**
    ATTORNEYS FOR PLAINTIFF

---

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: 2:16-CV-02168-ODW     2

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Suite D1, Costa Mesa, California 92626. On May 24, 2016, I served the within document(s):

**NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT INTERVAL INTERNATIONAL, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 24, 2016, at Costa Mesa, California.

                                                ___/s/ Abbas Kazerounian___
                                                   ABBAS KAZEROUNIAN